UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD LEONARD CAVINESS,
        Petitioner,

v.

KAMALA HARRIS,
        Respondent.

Case No.  16-cv-02450-WHO (PR)

**ORDER OF TRANSFER**

In this federal habeas action, petitioner Donald Caviness challenges convictions he received in the San Joaquin County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction.  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

**Dated:**  May 20, 2016

_____
WILLIAM H. ORRICK
United States District Judge